```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 14269
    GINA MARIE CINFIO
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-1733


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/02/06 and confirmed on 01/12/07.

    2.  The case was converted to Chapter 7 after confirmation, 11/08/2007.

    3.  The Debtor paid a total of $    7340.75 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO                CURRENT MORTG         .00           .00           .00
WELLS FARGO                MORTGAGE ARRE         .00           .00           .00
THE VALLEY LAKE COMM ASS   SECURED           1500.03         72.56        1500.03
CHASE AUTOMOTIVE FINANCE   SECURED VEHIC         .00           .00           .00
BLATT HASENMILLER LEIBSK   UNSECURED        NOT FILED          .00           .00
ICS INC                    UNSECURED        NOT FILED          .00           .00
WORLDWIDE ASSET MANAGEME   UNSECURED         2840.14           .00           .00
NATURES COVE AT VALLEY L   SECURED           2951.67        142.79        2951.67
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4451.70          .00      2840.14          .00        7291.84
PRINCIPAL PAID      4451.70          .00          .00          .00        4451.70
INTEREST PAID        215.35          .00          .00          .00         215.35
TOTAL PAID          4667.05          .00          .00          .00        4667.05
The Debtor's attorney, MATEK & MAZAR LLC                  , was allowed $   3000.00
and was paid $    2111.10 .

The Trustee received $     268.97 .

Refunds to the Debtor totaled $     293.63 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 02/12/08                    /S/
                                    GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 14269 GINA MARIE CINFIO